UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

JOSE MANUEL NARVAEZ-REINA
a/k/a "Manuel Narvaez"

Case No. 8:10-CR-386 33 TGW

46 U.S.C. §§ 70503 and 70506
21 U.S.C. § 960(b)(1)(B)(ii)
21 U.S.C. § 881(a) - Forfeiture
28 U.S.C. § 2461(c) - Forfeiture
46 U.S.C. § 70507 - Forfeiture

### INDICTMENT

The Grand Jury charges:

SEALED

### COUNT ONE

Beginning on an unknown date, but from at least as early as September 2005, and continuing thereafter through at least on or about October 21, 2009, in the Middle District of Florida and elsewhere, the defendant,

**JOSE MANUEL NARVAEZ-REINA**
**a/k/a "Manuel Narvaez"**

did knowingly, willfully, and intentionally combine, conspire, and agree with other persons, both known and unknown to the Grand Jury, to distribute five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, knowing and intending that such substance would be unlawfully imported into the United States, in violation of Title 21, United States Code, Section 959.

All in violation of Title 21, United States Code, Sections 963 and 960(b)(1)(B)(ii).

### COUNT TWO

Beginning on an unknown date, but from at least as early as September 2005, and continuing thereafter through at least on or about October 21, 2009, while on board a vessel subject to the jurisdiction of the United States, the defendant,



**JOSE MANUEL NARVAEZ-REINA**
**a/k/a "Manuel Narvaez"**

who will first be brought into the United States at a point in the Middle District of Florida, did knowingly and willfully conspire with other persons, both known and unknown to the Grand Jury, to possess with the intent to distribute five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 46, United States Code, Sections 70503(a)(1), 70506(a), and 70506(b); and Title 21, United States Code, Section 960(b)(1)(B)(ii).

## FORFEITURES

1. The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 21, United States Code, Sections 853 and 970; Title 46, United States Code, Section 70507, Title 21, United States Code, Section 881(a), and Title 28, United States Code, Section 2461(c).

2. From his engagement in any and all of the violations alleged in Count One of this Indictment, punishable by imprisonment for more than one (1) year, the defendant,

**JOSE MANUEL NARVAEZ-REINA**
**a/k/a "Manuel Narvaez",**

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 970, incorporating the provisions of Title 21, United States Code, Section 853(a)(1) and (2), all of their interest in:

    a. Property constituting or derived from any proceeds the defendant obtained, directly or indirectly, as the result of such violations; and

  b. Property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violations.

  3. From his engagement in the violations alleged in Count Two of this Indictment, each punishable by imprisonment for more than one (1) year, the defendant,

**JOSE MANUEL NARVAEZ-REINA**
a/k/a "Manuel Narvaez",

shall forfeit to the United States, pursuant to Title 46, United States Code, Section 70507, Title 21, United States Code, Section 881(a), and Title 28, United States Code, Section 2461(c), all of his interest in any and all property described in Title 21, United States Code, Section 881(a) that was used or intended to be used to commit, or to facilitate the commission of such offenses.

  4. If any of the property described above, as a result of any act or omission of the defendant:

  a. Cannot be located upon the exercise of due diligence;

  b. Has been transferred or sold to, or deposited with, a third party;

  c. Has been placed beyond the jurisdiction of the Court;

  d. Has been substantially diminished in value; or

  e. Has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property under the provisions of Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

*Kim C. Hodges*
FOREPERSON

A. BRIAN ALBRITTON
United States Attorney

By: *Matthew Perry*
MATTHEW H. PERRY
Assistant United States Attorney

By: *Joseph K. Ruddy*
JOSEPH K. RUDDY
Assistant United States Attorney
Senior Deputy Chief, Narcotics Section

No. _____

# UNITED STATES DISTRICT COURT

Middle District of Florida
Tampa Division

## THE UNITED STATES OF AMERICA

vs.

JOSE MANUEL NARVAEZ-REINA
a/k/a "Manuel Narvaez"

## INDICTMENT

Violations:

46 U.S.C. § 70503 and 70506
21 U.S.C. § 960(b)(1)(B)(ii)

A true bill,

_____
Foreperson

Filed in open court this 8th day

of September, 2010.

_____
Clerk

Bail  $_____

*FILED 10 SEP -8 PM 1:59 CLERK U.S. DISTRICT COURT MIDDLE DISTRICT OF FLORIDA TAMPA, FLORIDA*