UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:10-CR-386-T-33TGW

JOSE MANUAL NARVAEZ-REINA

### NOTICE OF SUBSTITUTION OF GOVERNMENT COUNSEL

The United States of America, by Robert E. O'Neill, United States Attorney for the Middle District of Florida, hereby respectfully requests the Clerk of Court to substitute the undersigned Assistant United States Attorney as government counsel for Assistant United States Attorney Matthew H. Perry.

Respectfully submitted,

ROBERT E. O'NEILL
United States Attorney

By: /s/ Joseph K. Ruddy

JOSEPH K. RUDDY
Assistant United States Attorney
AUSA No. 037
400 North Tampa Street, Suite 3200
Tampa, Florida  33602
Telephone: (813) 274-6338
Facsimile: (813) 274-6125
E-mail: joseph.ruddy@usdoj.gov