UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
CLERK'S MINUTES

MAGISTRATE JUDGE    MARK A. PIZZO                              DATE: April 18, 2012

CASE NO.  8:10-Cr-386-T-33TGW

U.S.A. vs.  JOSE MANUEL NARVAEZ-REINA

GOVT                                                            DEFT
COUNSEL: Joseph Ruddy                                           COUNSEL:   Without Counsel


DEPUTY CLERK:   J.GORDON


**DYALMA OCASIO , Spanish Intepreter**



PROCEEDINGS:  INITIAL APPEARANCE
X_____    Deft provided w/copy of INDICTMENT
X_____    ARREST DATE: April 18, 2012 - Warrant (extradited)
X_____    Court advises of Deft's Rule 5 rights
X_____    Financial Affidavit submitted for approval
X_____    Govt position on release or detention: DETENTION

           Defendant will be represented by Scott Kalish (Retained Counsel); Detention hearing and arraignment set for April 19, 2012 at 3:30p



Hearing Time: 4:10P-4:40P                 Courtroom 11B            Tape: DIGITAL