# United States District Court

## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

RECEIVED
U.S. MARSHAL

2010 SEP -9 PM 1:20

UNITED STATES OF AMERICA

MIDDLE DIST. OF FLORIDA
TAMPA

JOSE MANUEL NARVAEZ-REINA
a/k/a "Manuel Narvaez"

To: The United States Marshal
and any Authorized United States Officer

**WARRANT FOR ARREST**

CASE NUMBER: 8:10 CR 386 T 33 TGW

**SEALED**

YOU ARE HEREBY COMMANDED to arrest JOSE MANUEL NARVAEZ-REINA a/k/a "Manuel Narvaez" and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him with knowingly, willfully, and intentionally combine, conspire, and agree with other persons to distribute 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, knowing and intending that such substance would be unlawfully imported into the U.S. and while onboard a vessel subject to the jurisdiction of the U.S. did knowingly and willfully conspire with other persons to possess with the intent to distribute 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine.
In violation of Title 46, United States Code, Sections 70503 and 70506 and Title 21, United States Code, Section 960.

| **Sheryl L. Loesch** | **Clerk, United States District Court** |
|---|---|
| Name & Title of Judicial Officer | Title of Issuing Officer |
| _____ | 9-8-10 at Tampa, FL |
| Signature of Issuing Officer | Date and Location |
| _(signature)_ | |
| (By) Deputy Clerk | |

Bail fixed at $ _____ by _____
Name of Judicial Officer

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER  Sign for ICE | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 4/18 | | |

SEALED