UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARK A. PIZZO
U.S. MAGISTRATE JUDGE

CASE NO. 8: 8:10-Cr-386-T-33TGW          DATE: April 19, 2012

UNITED STATES OF AMERICA                 GA: Joseph Ruddy

v.

JOSE MANUEL NARVAEZ-REINA                D.A.: Scott Kalish, Retained

GABRIELLA LONCAR, Spanish Interpreter

Courtroom: 11B       Time: 3:45P-4:00P       Tape: Digital

### DETENTION HEARING

Court to order; The Government proffered that there is a possible conflict regarding Mr. Kalish's representation of the defendant; Notice of related case to be filed; The Government requested detention (defendant was extradited from Colombia); Defendant waived a detention hearing; Ordered DETAINED PENDING TRIAL.

RULE 44C (Garcia Hearing) set for APRIL 30, 2012 at 11:00 a.m.

Court Recessed.