UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                          CASE NO. 8:10-cr-386-T-33TGW

JOSE MANUAL NARVAEZ-REINA
_____/

## DETENTION ORDER

THIS CAUSE is before the Court upon the government's motion to detain the Defendant pursuant to 18 U.S.C. § 3142(f)(1)(C). The Defendant, a Colombian national extradited to the United States to face the instant indictment, is charged with committing controlled substance offenses involving multi-kilo quantities of cocaine. Because probable cause exists to believe the Defendant committed an offense punishable by a prison term exceeding ten years, a rebuttable presumption arises that no condition or combination of conditions will reasonably assure his appearance as required and the safety of the community. *See* 18 U.S.C. § 3142(e). After a detention hearing, I find the Defendant has not rebutted this presumption for the following reasons.

The Defendant conceded the government's motion. Nonetheless, should circumstances warrant, the Defendant may seek reconsideration of this order.

ORDERED:

1. The Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. The Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which the Defendant is confined shall deliver the Defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

DONE and ORDERED, at Tampa, Florida, on April 23, 2012.

MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE

cc: Counsel of Record
United States Marshals Service
Pretrial Services