UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                          CASE NO. 8:10-CR-386-T-33TGW

JOSE MANUEL NARVAEZ-REINA

### NOTICE OF SIMILAR CASE

The United States of America, by Robert E. O'Neill, United States Attorney for the Middle District of Florida, hereby notifies this Honorable Court, pursuant to Rule 1.04(b) of the Local Rules of the United States District Court, Middle District of Florida, of the existence of a similar case which concerns issues of law and facts related to those of the above-captioned case. That case is <u>United States v. Arley Reina-Escobar,</u> Case No. 8:10-CR-385-T-27AEP, which has been assigned to United States District Judge James D. Whittemore.

                                  Respectfully submitted,

                                  ROBERT E. O'NEILL
                                  United States Attorney

By:   */s / Joseph K. Ruddy*
       JOSEPH K. RUDDY
       Assistant United States Attorney
       USAO NO. 037
       400 North Tampa Street, Suite 3200
       Tampa, Florida  33602
       Telephone:   (813) 274-6000
       Facsimile:     (813) 274-6125
       E-mail:          joseph.ruddy@usdoj.gov