UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                      CASE NO. 8:10-CR-386-T-33TGW

JOSE MANUAL NARVAEZ-REINA

## MOTION TO TRANSFER

The United States of America, by Robert E. O'Neill, United States Attorney for the Middle District of Florida, moves this Honorable Court, pursuant to Local Rule 1.04(b), to transfer the instant case to United States District Judge James D. Whittemore for the following reasons:

1.     The government has filed a notice advising this Court of the existence of a related case, <u>United States v. Arley Reina-Escobar</u>, Case No. 8:10-CR-385-T-27AEP, which concerns similar issues of law and facts in the above-captioned case.

2.     Local Rule 1.04(b) provides, in pertinent part:

> If cases assigned to different judges are related because of either a common question of fact or any other prospective duplication in the prosecution or resolution of the cases, a party may move to transfer any related case to the judge assigned to the first-filed among the related cases. The moving party shall file a notice of filing the motion to transfer, including a copy of the motion to transfer, in each related case. The proposed transferor judge shall dispose of the motion to transfer but shall grant the motion only with the consent of the transferee judge.

3.      The charges in both cases are identical.  The evidence, as reflected in the attached extradition affidavits, is also identical.  The defendants were indicted separately, anticipating they would not be arrested simultaneously, with the intent to not alert the other defendant of the pending indictment against him.

4.      The disposition of each case before two different judges would entail a duplication of judicial labor.

WHEREFORE, based upon the above and foregoing reasons, the government respectfully requests that the instant case be transferred in accordance with Local Rule 1.04(b) in the interests of judicial economy.

Respectfully submitted,

ROBERT E. O'NEILL
United States Attorney

By:   */s/ Joseph K. Ruddy*
JOSEPH K. RUDDY
Assistant United States Attorney
USA NO. 037
400 North Tampa Street, Suite 3200
Tampa, Florida  33602
Telephone:   (813) 274-6000
Facsimile:   (813) 274-6125
E-mail:   joseph.ruddy@usdoj.gov