UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                              :
UNITED STATES OF AMERICA
                                              :
    - v. -
                                              :
                                              :
                                              :     CASE NO. 8:10-CR-386-T-33TGW
JOSE MANUEL NARVAEZ-REINA
a/k/a "Manuel Narvaez"                         :

                                              :     AFFIDAVIT IN SUPPORT OF
- - - - - - - - - - - - - - - - - - - - - - - - - - -x     REQUEST FOR EXTRADITION


I, RAYMOND B. QUIÑONES II, being duly sworn, depose, and state:

1.      I am a citizen of the United States residing in the State of Florida.

2.      I am a Special Agent with the Department of Homeland Security, United States

Immigration and Customs Enforcement ("ICE") in Tampa, Florida.  I have been employed by

ICE for approximately six years.

3.      ICE is one of the agencies within the United States government responsible for the

enforcement of federal narcotics laws.  As an ICE agent, I have personally conducted and

participated in numerous investigations that have resulted in the arrests and convictions of people

responsible for trafficking in narcotics.

4.      Based on my training and experience as an ICE agent, I am familiar with the means and

methods that narcotics traffickers use to import illicit drugs, and I am familiar with the support

and assistance that narcotics organizations require to conduct their illegal activities.  I have also

become knowledgeable about the criminal statutes of the United States, and the federal laws.

I certify the foregoing to be a true
and correct copy of the original.
SHERYL L. LOESCH, Clerk
United States District Court
Middle District of Florida
By:_____
      Deputy Clerk

1

Attachment A

statutes in particular.

5.      In the course of my official duties I have become familiar with the charges and evidence in the case against Jose Manuel Narvaez-Reina, a/k/a "Manuel Narvaez," in Case Number 8:10-CR-386-T-33TGW, which arose out of an investigation into a conspiracy, to import cocaine into the United States.  As one of the lead investigators, I am familiar with the evidence in the case.

6.      This affidavit is made in support of the extradition to the United States of Jose Manuel Narvaez-Reina ("Narvaez-Reina"), and is based upon my personal knowledge, as well as information provided by other law enforcement officers.  However, since it is provided in support of Narvaez-Reina's request for extradition to the United States, it does not contain all the evidence or information in the case.

## I.  Background

7.      Beginning in approximately September 2005, an investigation was initiated into the cocaine smuggling activities of Narvaez-Reina.  Through the course of this investigation, multiple cooperating witnesses ("CWs") identified Narvaez-Reina as a leader of a drug trafficking organization ("DTO") responsible for the transporting in excess of fifty tons of cocaine per year from locations in Colombia, and Ecuador and Mexico ultimately destined to the United States.  At least ten CWs have explained that the Narvaez-Reina DTO was led by Hader Narvaez-Reina.  At least nine CWs also said that Narvaez-Reina is the brother of Hader Narvaez-Reina and is also one of the leaders of the Narvaez-Reina.  CWs have identified Narvaez-Reina being involved with at least five unsuccessful cocaine smuggling trips from Colombia and/or Ecuador to Mexico between September 2005 and October 2009, utilizing self-propelled semi-submersibles (SPSSs) vessels, fishing vessels (FVs), and stateless "go-fast" vessels (GFVs).  The cocaine smuggling ventures were organized by members of the Narvaez-Reina DTO.  SPSSs are specialized vessels that are capable of carrying

2

large quantities of narcotics. SPSSs travel almost entirely below the surface of the water in an effort to evade detection by law enforcement. FVs are vessels normally used for fishing but can also be equipped with hidden compartments designed to carry and avoid the detection of narcotics. GFVs are multi-engine speedboats commonly used to smuggle cocaine, usually without any nationality indicated on the vessel. CWs also described numerous successful smuggling ventures conducted by the Narvaez-Reina DTO.

## II. Evidence

8.      Many CWs, who personally knew Narvaez-Reina, approached him to request a jobs transporting cocaine. Some CWs were involved in several cocaine smuggling ventures and were hired and paid by Narvaez-Reina or by one of his subordinates at Narvaez-Reina's direction. CWs stated that Narvaez-Reina invested in the cocaine loads he has transported, actually loaded cocaine onto vessels, and ordered the destruction of vessels detected by law enforcement officers. The CWs claimed that only one of the leaders of a DTO can order the destruction of a transport vessel. The CWs stated that the highest level members of the Narvaez-Reina DTO are close family members who operate as partners during each drug smuggling venture. Information provided by the CWs confirmed the following interdictions as cocaine smuggling operations organized by Narvaez-Reina.

### A. The September 2005 Cocaine Seizure

9.      On September 13, 2005, the Ecuadorian flagged FV TOMMY was intercepted in the Eastern Pacific Ocean by the United States Coast Guard ("USCG"). The USCG seized 136 bales with approximately 3400 kilograms of cocaine found in a large fish hold. Several crew members of both Colombian and Ecuadorian nationals were arrested and prosecuted in the Middle District of Florida. A cooperating witness ("CW-1") identified Narvaez-Reina and stated that the Narvaez-Reina DTO was responsible for this smuggling operation.

3

Attachment A

## B.  The March 2008 Cocaine Seizure

10.    On March 1, 2008, a United States Naval vessel, the USS Simpson, while on patrol in the Eastern Pacific Ocean, identified a 45 foot SPSS approximately 390 nautical miles west of the Galapagos Islands in the eastern Pacific Ocean.  Even though the SPSS was scuttled, information was obtained indicating the vessel was transporting approximately 4.5 tons of cocaine.  Several Colombian crew members were arrested and prosecuted in the Middle District of Florida.  Two CWs, CW-2 and CW-3, identified Narvaez-Reina as one of the leaders of the Narvaez-Reina DTO responsible for this smuggling operation.  CW-2 and CW-3 also stated that Narvaez-Reina was present at the launch site and that he loaded cocaine into the SPSS.

### C.  The June 2008 Cocaine Seizure

11.    On June 16, 2008, a United States Naval vessel, the USS McInerney, dispatched a Maritime Patrol Aircraft (MPA) which located a SPSS 90 nautical miles northwest of the Colombia-Ecuador border.  Even though the SPSS was scuttled, information was obtained indicated the vessel was transporting approximately 4.5 tons of cocaine.  Several Colombian crew members were arrested and prosecuted in the Middle District of Florida.  Three CWs, CW-4, CW-5, and CW-6, reported that Narvaez-Reina organized this smuggling operation.  CW-4 and CW-5 identified Narvaez-Reina.

### D.  The January 2009 Cocaine Seizure

12.    On January 15, 2009, the USCG Cutter Chase intercepted a SPSS in the Eastern Pacific Ocean.  A total of 6,272 kilograms of cocaine were seized and several Colombian nationals were arrested and prosecuted in the Middle District of Florida.  A CW, CW-7, identified Narvaez-Reina and stated that the Narvaez-Reina DTO was responsible for this smuggling operation.  CW-7 further stated that Narvaez-Reina was present at the launch site and also gave the captain of the SPSS the Global Positioning System (GPS) route and course coordinates for this cocaine smuggling trip.

4

### E. October 2009 seizure

13.     On October 21, 2009, the USCG Cutter Jarvis intercepted a SPSS in the Eastern Pacific Ocean.  A total of 4,230 kilograms of cocaine were seized and several Colombian nationals were arrested and prosecuted in the Middle District of Florida.  Three CWs, CW-8, CW-9, and CW-10, identified Narvaez-Reina and stated that Narvaez-Reina DTO was responsible for this drug smuggling operation.  CW-8, CW-9, and CW-10 explained that Narvaez-Reina was present at the launch site and loaded cocaine into the SPSS.

### F. Other Evidence

14.     Numerous CWs in this and other investigations stated that successful cocaine smuggling were delivered to smaller vessels off the coast of Mexico.  Based upon affiant's knowledge and experience, the vast majority of cocaine smuggled from Colombia to Mexico via the eastern Pacific Ocean is destined for importation into the United States.  In addition, the United States National Drug Intelligence Center has determined "nearly all" of the cocaine transported through Mexico ultimately is smuggled across the United States border for distribution in the United States.

### III. Identification of Defendant

15.     JOSE MANUEL NARVAEZ-REINA, a/k/a "Manuel Narvaez," is a Colombian citizen born in March 16, 1962 in Colombia.  He is the bearer of Colombian cedula number is 12.910.096.

16.     Attached to this affidavit as Exhibit E is a copy of JOSE MANUEL NARVAEZ-REINA's cedula.  CW-1, CW-2, CW-3, CW-4, CW-5, CW-7, CW-8, CW-9, and CW-10 looked at the photograph attached as "Exhibit E"and  confirmed that the person in the photograph is that of JOSE MANUEL NARVAEZ-REINA, the individual whose criminal conduct is described in this affidavit and who has been charged in this case.  In addition, law enforcement agents in Colombia have confirmed that the individual depicted in Exhibit E is JOSE MANUEL NARVAEZ-REINA, the

Attachment A

person who was arrested on the provisional arrest warrant issued in this matter.


Raymond B. Quiñones II
Special Agent
Immigration and Customs Enforcement


Sworn to and subscribed before me this
23rd day of August, 2011.


ANTHONY E. PORCELLI
United States Magistrate Judge
Middle District of Florida

Attachment A