UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

12 APR 30 PM 3: 11

MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

10-CR-386

UNITED STATES OF AMERICA

v.                                              CASE NO. 8:****

**********
JOSE MANUEL NARVAEZ-Reina
_____

## WAIVER OF RIGHT TO CONFLICT-FREE COUNSEL

I, *****, have informed the Court that I want to be represented in this case by counsel who potentially suffers from a conflict of interests in this case. The Court has advised me, and I understand, that I have a constitutional right to effective assistance of counsel. This right, as the Court has advised me, includes the right to conflict-free representation; namely, the right to be represented by counsel who does not represent a codefendant, or a witness, or whose representation of me is hampered by some conflicting interest. I understand that an attorney's joint representation of two defendants or of a witness and a defendant in the same case can potentially cause conflicts of interest. The following are some examples of the problems that can occur in such situations:

1. Dual representation may inhibit or prevent counsel from conducting an independent investigation into the case. For example, the attorney-client privilege may prevent the lawyer from communicating information gathered from representing another defendant or a witness.

2. The government may offer immunity or offer to recommend a lesser sentence to one defendant for cooperating with the government against another defendant. A lawyer should communicate to the client any offer the government makes and advise you accordingly. However, the lawyer may be compromised if the offer harms the case of the other defendant or witness the lawyer represents.

3. The government may offer a defendant who is not as involved as his or her codefendant plead guilty to lesser charges with the understanding he or she cooperate and testify against the codefendant. A lawyer who represents more than one defendant might recommend that the first defendant not plead guilty to protect the other defendant the lawyer represents. On

the other hand, the lawyer might recommend that the first defendant plead guilty, which might harm the case of the other defendant.

4. Dual representation may affect how your lawyer exercises peremptory challenges or challenges for cause during jury selection. The lawyer may perceive potential jurors as favorable one client but not the other.

5. A defendant has a constitutional right to testify at the trial. If a lawyer represents two or more defendants (or a defendant and witnesses), the lawyer may not be able to question the testifying client as completely as possible because the lawyer cannot reveal a client's confidences without permission.

6. The best defense for a single defendant often is the argument that while the other defendants may be guilty, he or she is not. A lawyer representing two or more defendants cannot effectively make such an argument.

7. Evidence that helps one defendant might harm another defendant's case. When one lawyer represents two or more defendants, the lawyer might be placed in a compromising position. An offer of evidence or an objection to evidence could help one defendant but harm another.

8. Regarding sentencing, dual representation would prohibit the lawyer from engaging in post-trial negotiations with the government as to full disclosure by one defendant against the other. It would also prohibit the lawyer from arguing the relative culpability of the lawyer's clients to the sentencing judge.

Despite these potential conflicts, I want to waive my right to conflict-free counsel in this case, and I want to be represented by *********. I also understand that if I am convicted I will not be able to argue on appeal or in a 28 U.S.C. § 2255 motion to vacate and set aside that conviction that my lawyer had a conflict of interest. I have had sufficient time to consider this decision, and I make it knowingly and freely.

_4-30-012_  
DATE

_4/30/12_  
DATE

JOSE MANUEL NARUAEZ /2.  
DEFENDANT

_[signature]_  
COUNSEL