UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDAI

TAMPA DIVISION

CASE NO. 8:10-CR-386-VMC-TGW

UNITED STATES OF AMERICA

V

JOSE MANUEL NARVAEZ-REINA

NOTICE OF APPEARANCE

COMES NOW the undersigned attorney and enters his permanent appearance on behalf of the defendant herein, Jose Manuel Narvaez-Reina. Henceforth, please mail all correspondence and legal notice to address of the undersigned listed below

I CERTIFY I have mailed copy of the present Notice of Appearance by CM/ECF electronic filing to AUSA Joseph Ruddy this 3rd day of May 2012.

s/Scott Kalisch

SCOTT KALISCH

228 CHARLOTTE STREET

SAINT AUGUSTINE, FLORIDA 32084

TEL 305 669 0808

FLORIDA BAR #367877