# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

# CLERK'S MINUTES

| | | | |
|---|---|---|---|
| **CASE NO.:** | 8:10-cr-386-T-33TGW | **DATE:** | June 21, 2012 |
| **HONORABLE VIRGINIA M. HERNANDEZ COVINGTON** | | **INTERPRETER:** | N/A |
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSE MANUEL NARVAEZ-REINA | | **LANGUAGE:** | |
| | | **GOVERNMENT COUNSEL**<br>Joseph Ruddy | |
| | | **DEFENSE COUNSEL**<br>Scott Kalish | |
| **COURT REPORTER:** Paul Spangler | | **DEPUTY CLERK:** | Lisa Bingham |
| **TIME:** 10:34 am - 10:36 am | **TOTAL:** 2 minutes | **PROBATION:** | |
| | | **COURTROOM:** | 14B |

**PROCEEDINGS:**   CRIMINAL STATUS CONFERENCE

Estimated length of trial:    6-7 days

Trial term:    July, 2012

The Government has presented a plea agreement to Defendant's counsel and a plea is expected.


Pursuant to 18 U.S.C. § 3161(h)(7), the Court finds that the ends of justice served by such continuance outweigh the best interest of the public and the defendant(s) in a speedy trial; this time is therefore, deemed EXCLUDABLE.