# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

The following cases are set for trial during the *July 2012* Trial Term, **commencing with the first case on Monday, July 2, 2012, at 9:00 a.m., in Courtroom 14B, Fourteenth Floor of the Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Tampa, Florida**. The term will include the four week period of *July 2, 9, 16, 23 and 30th, 2012.* The cases are listed in the order in which they are intended to be tried -- although experience indicates that, for various reasons, cases may be called out of sequence. The names and phone numbers of all trial counsel, as well as any pro se litigants, are furnished so that the parties may keep themselves informed of the progress of the cases listed prior to their own.

**\*\*\*   CRIMINAL AND CIVIL JURY TRIALS: Ten (10) calendar days prior to the beginning of the trial term**, proposed jury instructions, verdict forms and *voir dire,* shall be filed with the Clerk of Court and served on opposing counsel. Failure to comply with this deadline may result in the imposition of sanctions, including denial as untimely of any submissions later made. In addition, please email a courtesy copy of your jury instructions and verdict form in WordPerfect format to Chambers at: **chambers_flmd_covington@flmd.uscourts.gov**. \*\*\*

**\*\*\*   CIVIL NON JURY TRIALS: Five (5) days prior to the beginning of trial**, trial briefs (if applicable) and proposed findings of fact and conclusions of law shall be filed with the Clerk of Court and served on opposing counsel. Failure to comply with this deadline may result in the imposition of sanctions. In addition, please email the proposed findings of fact and conclusions of law in WordPerfect format to Chambers at: **chambers_flmd_covington@flmd.uscourts.gov**. \*\*\*

Exhibit lists **and** witness lists (an original and three copies) shall be filed with the Courtroom Deputy Clerk **at the beginning of trial**. In addition, a courtesy copy of the exhibit list and the witness list shall be emailed to Chambers at: **chambers_flmd_covington@flmd.uscourts.gov**. All exhibits are to be appropriately pre-marked, in accordance with the attached instructions. M.D.Fla. Rule 3.07.

**Counsel for defendants on bond shall notify those defendants when the case is called for trial and that their presence is required.**

Counsel shall notify the Court if an interpreter is required.

Counsel, as well as any *pro se* party, are reminded to advise the Court promptly of any development subsequent to the entry of this Order which would in any way affect the trial of a case. Settlements of civil jury trials announced to the Court any later than 12:00 p.m. on the Friday preceding the first day of trial may result in the imposition of juror costs.

---

CASE NO. 1 -- JURY TRIAL

| | |
|---|---|
| CASE NO. 8:11-CR-532-T-33AEP | ELT:   2 weeks |
| UNITED STATES OF AMERICA | Thomas Palermo (813)274-6000 |
| VS. | |
| GALA RAMADAN | Patrick Doherty (727) 299-0099 |

CASE NO. 2 – JURY TRIAL

| | |
|---|---|
| CASE NO. 8:11-CR-548-T-33MAP | ELT: 1 week |
| UNITED STATES OF AMERICA | Shauna Hale (813)301-3083 |
| VS. | |
| IHAB STEVE BARSOUN | Todd Foster (813) 229-7373<br>Christina Kimball (813) 229-7373 |

CASE NO. 3 – JURY TRIAL

| | |
|---|---|
| CASE NO. 8:12-CR-93-T-33AEP | ELT: 3 days **(Protection weeks: 7/2 & 7/9)** |
| UNITED STATES OF AMERICA | Matthew Jackson (813) 274-6000 |
| VS. | |
| MARQUIS BENT        *(Spanish Interpreter)*<br>JORGE ELIECER     *(Spanish Interpreter)* | Howard Anderson (813) 228-2562<br>Edward Tapanes (305) 514-0985 |

CASE NO. 4 – JURY TRIAL

| | |
|---|---|
| CASE NO. 8:10-CR-386-T-33TGW | ELT: 6 - 7 days days |
| UNITED STATES OF AMERICA | Joseph Ruddy (813) 274-6000 |
| VS. | **Change of Plea set for 6/27/12** |
| JOSE MANUEL NARVAEZ-REINA *(Spanish Interpreter)* | Scott Kalisch (305) 669-0880 |

2

CASE NO. 5 – JURY TRIAL

| | |
|---|---|
| CASE NO. 8:11-CR-528-T-33TBM | ELT: 1 week |
| UNITED STATES OF AMERICA | W. Stephen Muldrwoow (813) 274-6000 |
| VS. | |

| | | |
|---|---|---|
| MIGUEL ANGEL GARCIA--PEREZ | **Plea set for 6/26 before AEP** | Daniel Castillo |
| ANGEL ENRIQUE SANCHEZ-MANSO | **Sentence set for 9/11/12** | Victor Martinez |
| MARIA PEREZ-CORREA | **Plea set for 6/26 before AEP** | Darlene Barror |
| KEISTER CRENSHAW | **Plea set for 6/27 before AEP** | Mark Rankin |
| RANDALL JONES | **Plea set for 6/29 before AEP** | Matthew Farmer |

*Spanish Interpreters needed for defendants: Garcia-Perez, Sanchez-Manso, and Perez-Correa*

---

CASE NO. 6 – BENCH TRIAL

| | |
|---|---|
| CASE NO. 8:10-CV-2650-T-33EAJ | ELT: 5 days **(Protection: week of 7/9/12)** |
| BANKERS INSURANCE COMPANY | Lindsey Trowell (904) 598-3100 |
| | Hala Sandridge (813) 222-1127 |
| VS. | |
| AMERICAN TEAM MANAGERS, INC. | Deborah Oliver (813) 227-5505 |
| | Robert Boos (813) 402-2864 |

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 25th day of June, 2012.

*[signature]*
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to: All Counsel of record and any Pro Se Parties

U. S. Marshal                              U. S. Probation
U. S. Attorney                             Federal Public Defender
Pretrial Services

3

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**Plaintiff(s),**
**Government**

**Case No:**

v.

Evidentiary
Trial
Other

**Defendant(s),**

| | EXHIBIT LIST | | | |
|---|---|---|---|---|
| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

4

**Case Number:**                                                                                     Page _____ of _____ Pages

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| **EXHIBIT LIST -- CONTINUATION SHEET** ||||||
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |