UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLERK'S MINUTES

CASE No. 8:10-CR-386-T-33TGW          DATE: JUNE 27, 2012

                                      INTERPRETER: Ricardo Arenas
                                      LANGUAGE: Spanish

HONORABLE THOMAS G. WILSON
UNITED STATES OF AMERICA              AUSA Joseph Ruddy
-v-
JOSE MANUEL NARVAEZ                   Scott Kalish

COURT REPORTER: Janey Gibbs           TAPE: DIGITAL
DEPUTY CLERK:   M. Millican
TIME: 10:58-11:07        COURTROOM 12A

## PROCEEDINGS: GUILTY PLEA

Not guilty plea remains. The defendant wishes to make changes to the statement of facts in the plea agreement.