UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLERK'S MINUTES

CASE No. 8:10-CR-386-T-33TGW            DATE: JUNE 29, 2012

INTERPRETER: Gabriela Loncar
LANGUAGE: Spanish

# HONORABLE THOMAS G. WILSON

UNITED STATES OF AMERICA              AUSA Joseph Ruddy
-v-
JOSE MANUEL NARVAEZ-REINA             Scott Kalisch

COURT REPORTER: SHERRILL JACKSON                TAPE: DIGITAL
DEPUTY CLERK:   CARRIE WILLIAMS
TIME: 3:09 - 3:50          COURTROOM 12A

## PROCEEDINGS: GUILTY PLEA

( X )   PLEA AGREEMENT FILED

( X )   DEFENDANT SWORN

( X )   WITHDRAWAL OF NOT GUILTY PLEA and PLEA OF GUILTY ENTERED AS TO COUNT 2 OF THE INDICTMENT

( X )   FACTUAL BASIS ESTABLISHED

( X )   REFERRED TO PROBATION FOR PRE-SENTENCE INVESTIGATION

( X )   SENTENCING TO BE SCHEDULED BEFORE JUDGE VIRGINIA COVINGTON

( X )   GOVERNMENT TO MOVE FOR THIRD LEVEL DOWNWARD DEPARTURE

( X )   DEFENDANT CONTINUED IN CUSTODY OF MARSHAL