**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

    vs.                                                              CASE NO. 8:10-cr-386-T-33TGW

JOSE MANUEL NARVAEZ-REINA

_____/

**ACCEPTANCE OF PLEA OF GUILTY**
**AND ADJUDICATION OF GUILT**

The Defendant, JOSE MANUEL NARVAEZ-REINA, entered a plea of guilty to Count TWO of the Indictment before Magistrate Judge Thomas G. Wilson on June 29, 2012. The Magistrate Judge issued a Report and Recommendation in which he recommended the plea of guilty be accepted and that the defendant be adjudged guilty and have sentence imposed accordingly.

Accordingly, it is ORDERED and ADJUDGED:

1. That the Magistrate Judge's Report and Recommendation be adopted and confirmed and made a part hereof.

2. That the defendant, JOSE MANUEL NARVAEZ-REINA be adjudicated guilty as to Count TWO.

3. That sentencing be scheduled for *September 27, 2012 at 9:00 a.m.*, in Courtroom 14B of the Sam M. Gibbons Courthouse, Tampa, Florida. **Defense counsel must review the PSI Report with their client prior to sentencing. Counsel/USPO to notify CRD Lisa Bingham at 813-301-5348 if an evidentiary sentencing is requested and/or if sentencing proceeding will exceed thirty minutes.**

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 2nd day of July, 2012.

*/s/ Virginia M. Hernandez Covington*
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:     Counsel of Record
               U. S. Pretrial Services
               U. S. Probation Office
               U. S. Marshal Service