UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

CASE NO. 8:10-CR-386-T-33TGW

UNITED STATES OF AMERICA

V

JOSE MANUEL NARVAEZ-REINA

DEFENDANT'S FIRST MOTION TO CONTINUE SENTENCE

COMES NOW the defendant Arley Reina-Escobar, through undersigned counsel, and respectfully alleges and prays:

1. Sentence in this cause presently is set for September 27, 2012.

2. The parties have undertaken to conduct matters of mutual benefit that may impact the imposition of sentence in the present case.

3. The United States has expressed it has no opposition to a continuance of sentence herein.

4. Due to the nature of matters currently under consideration by the parties relating to the complexity of the underlying charges, it is respectfully prayed the Court grant a continuance of sentence of three (3) months.

WHEREFORE IT IS RESPECTFULLY PRAYED THE COURT CONTINUE SENTENCE IN THIS MATTER FOR A PERIOD OF THREE MONTHS.

I HEREBY CERTIFY THAT ON THIS 31ST DAY OF AUGUST 2012 A TRUE AND CORRECT COPY OF THE FOREGOING WAS FURNISHED BY USING THE CM/ECF SYSTEM WITH THE CLERK OF THE COURT, WHICH WILL SEND NOTICE OF THE ELECTRONIC FILING TO AUSA JOSEPH RUDDY

s/Scott Kalisch

SCOTT KALISCH

228 CHARLOTTE STREET

SAINT AUGUSTINE, FLORIDA 32084

TEL 305 669 0808

FLORIDA BAR #367877