UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

CASE NO. 8:10-CR-386-T-33TGW

UNITED STATES OF AMERICA

V

JOSE MANUEL NARVAEZ –REINA

**MOTION TO CONTINUE SENTENCE**

COMES NOW the defendant, through undersigned counsel, and respectfully states and prays:

1. Sentence in this case presently is set for December 6, 2012 at 10:00 A.M.
2. The defendant has received and has reviewed the Presentence Investigation Report with undersigned counsel.
3. The defendant first appeared before the Court on April 18, 2012 (DE 6).
4. In the intervening months since the date of his first appearance before the Court the defendant has met on numerous occasions with investigating agents assigned to the case in relation to fully exploring and clarifying underlying facts of this unusual case.
5. The underlying facts of the present cause, as reflected in the Presentence Investigation Report, include the murder of various members of the defendant's immediate family by rival gang members, including his own brothers who were clearly the leaders of the drug organization to which this defendant belonged.

6. The relevance of this event has to do with the placement of the defendant within the hierarchy of the organization and imposition of a leadership enhancement upon the defendant's overall base offense level, as reflected in the PSI, paragraph 28.

7. The defendant would dispute various factual settings utilized to impose this enhancement and, through undersigned counsel, has been in discussions with the United States Attorney's Office to resolve this issue.

8. In addition, the defendant expects matters may ripen shortly into a substantial assistance reduction recommendation at time of sentence.

9. The government is in agreement with the present Motion to Continue Sentence

10. The present Motion is not interposed for purpose of delay but, on the contrary, is filed with the view to resolving expeditiously and completely all matters relating to imposition of an appropriate sentence in this cause.

WHEREFORE IT IS RESPECTFULLY PRAYED THE COURT GRANT A CONTINUANCE OF SENTENCE IN THIS MATTER AND SET A DATE FOR SENTENCE AFTER THE CHRISTMAS HOLIDAYS

I CERTIFY I HAVE MAILED COPY OF THIS MOTION TO AUSA JOSEPH RUDDY BY CM/ECF ELECTRONIC FILING THIS 14TH DAY OF NOVEMBER 2012


s/Scott Kalisch

SCOTT KALISCH

228 Charlotte Street

Saint Augustine, Florida 32084

Tel 305 669 0808

Florida Bar #367877