UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

**CASE NO. 8:10-CR-386-T-33TGW**

UNITED STATES OF AMERICA

V

JOSE MANUEL NARVAEZ-REINA

**SENTENCING MEMORANDUM**

COMES NOW the defendant, through undersigned attorney, and respectfully states and prays:

1. Sentencing in this case presently is set for December 6, 2012 at 10:00 A.M. before the Honorable Virginia Covington.

2. The defendant has received and has reviewed with undersigned counsel the Presentence Investigation Report (PSI). There are no objections to the Report.

3. The Probation Office has computed the defendant's overall offense level at 38 and a recommended sentence range of 235-293 months, PSI paragraphs 33, 73.

4. The defendant entered a Change of Plea in this case on June 29, 2012, PSI paragraph 5. He was extradited and entered his first appearance before the Court on April `16, 2012, PSI paragraph 21.

5. The defendant has from the moment of arrival in the Middle District submitted to no less than a dozen debriefings with investigating officers regarding the facts and circumstances of his case.

6. The defendant signed a Written Plea Agreement wherein the government has agreed to file a Motion for Substantial Assistance, if circumstances merited, at time of sentence, PSI paragraph 7.

7. The defendant has disclosed information leading to possible indictments against various individuals in the case, but whether this information has ripened to the point of meriting a reduction pursuant *to USSG 5K1.1* is unknown at the present time.

8. If said information has not ripened to the point of allowing for the filing of a Motion pursuant to USSG 5K1.1 at time of sentence, the Court may consider such cooperation in fashioning a sentence sufficient but not greater than necessary to achieve the sentencing purposes of *18 U.S.C. Section 3553(a)*.

9. The defendant is a 50 year old Colombian native who is married and has 3 young children with his current spouse ages 14, 11 and 5, PSI paragraph 54.

10. The defendant relates that in November 2009 three brothers and their respective drivers were kidnapped, tortured and are presumed murdered in retaliation for lost drug loads, PSI paragraph 53. The defendant has identified the suspects relating to that event and they are presently in custody in the District of Colombia and the Eastern District of New York, PSI page 3.

11. This harrowing event has caused the defendant to suffer mental anguish which continues unabated while the bodies remain undiscovered and not subject to proper burial, PSI paragraph 53.

12. The defendant was a member of a family run drug organization whose undisputed leader was Jader Narvaez-Reina.

13. Following his brother's murder, the defendant was forced into hiding where he remained until apprehended by authorities on July 29, 2011. During this time the defendant did not engage in any drug activities whatsoever.

14. In fashioning an appropriate sentence in this case, the Court may, and should, consider the likelihood the defendant will return to a life of crime upon his release to the detriment of the public welfare, *Section 3553(a)(2)(C)*. The organization to which the defendant belonged has all but ceased to exist following the murder of its leader, Jader Narvaez-Reina. The defendant himself has not engaged in drug trafficking following the date of that event and has, on the contrary, done everything within his power to assist the government in the apprehension of persons still involved in drug activity. To the extent those individuals are of the variety that kidnapped and disposed of the bodies of defendant's brothers, the defendant's family remain in fear of their own wellbeing.

WHEREFORE IT IS RESPECTFULLY PRAYED THE COURT CONSIDER THE FACTORS HEREINABOVE AND FASHION A SENTENCE COMMENSURATE WITH THE PROVISIONS OF 18 UNITED STATES CODE SECTION 3553(a) THAT WILL INSURE THE PROTECTION OF THE PUBLIC AND AT THE SAME TIME LIMIT THE PERIOD OF INCARCERATION TO A TERM BENEATH APPLICABLE SENTENCING GUIDELINES

I CERTIFY I HAVE MAILED THIS PLEADING ELECTRONICALLY BY WAY OF CM/ECF TO AUSA JOSEPH RUDDY AND PROBATION OFFICER CYNTHIA GORNBEIN THIS 3RD DAY OF DECEMBER 2012.

s/Scott Kalisch

SCOTT KALISCH

228 CHARLOTTE STREET

SAINT AUGUSTINE, FLORIDA 32084

TEL 305 669 0808

E MAIL: scottkalisch@bellsouth.net

FLORIDA BAR #367877