UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLERK'S MINUTES

| CASE NO.: | 8:10-cr-386-T-33TGW | DATE: | December 6, 2012 |
|---|---|---|---|
| HONORABLE VIRGINIA M. HERNANDEZ COVINGTON | | INTERPRETER: | Rick Arenas |
| | | LANGUAGE: | Spanish |
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSE MANUEL NARVAEZ-REINA | | GOVERNMENT COUNSEL<br>Joseph Ruddy | |
| | | DEFENSE COUNSEL<br>Scott Kalisch | |
| COURT REPORTER: Paul Spangler | | DEPUTY CLERK: | Lisa Bingham |
| TIME: 10:00 a.m. - 10:25 a.m. | TOTAL: 25 min. | PROBATION: | Cynthia Gornbein |
| | | COURTROOM: | 14B |

PROCEEDINGS:   CRIMINAL MINUTES - SENTENCING REFORM ACT MINUTES

(X)   Defendant is adjudged guilty on Count TWO of the Indictment.

(X)   Imprisonment:   235 months

(X)   The Court recommends confinement:   FCI Coleman, FL
( ) The Court recommends the 500 Hour Residential Drug Abuse Program (RDAP), if eligible.
(X)  Other: defendant enroll in English as a second language; obtain training in refrigeration; and be allowed to have a UNICOR job

(X)   Supervised release:   5 years

(X)   Fine:  Waived

(X)   Special Assessment:  $100.00

(X)   Special conditions of ( ) probation (X) supervised release.

(X)   The mandatory drug testing requirements of the Violent Crime Control Act are imposed.  The Court orders the defendant to submit to random drug testing not to exceed 104 tests per year.

(X)   Should the defendant be deported, he shall not be allowed to re-enter the United States without the express permission of the Homeland Security.

(X)   The defendant shall cooperate in the collection of DNA.

(X)     Defendant is remanded to custody of the U.S. Marshal.

(X)     Count ONE of the Indictment is dismissed on motion of the U.S. Attorney.

(X)     Defendant advised of right to appeal and to counsel on appeal.

(X)     Notice concerning special assessment/fine/restitution payments furnished to counsel for defendant.

OTHER:

| | ADVISORY GUIDELINE RANGE DETERMINED BY THE COURT AT SENTENCING | |
|---|---|---|
| | | Court's Departure: |
| Total Offense Level: | 38 | |
| Criminal History Category: | I | |
| Imprisonment Range: | 235 to 293 months | |
| Supervised Release Range: | 5 years | |
| Restitution: | N/A | |
| Fine Range: | $25,000 to $10,000,000 | |
| Special Assessment: | $100 | |