Jose Manuel Narvaez-Reina #56605-018
Federal Correctional Complex
P.O. Box 1031 (low custody)
Coleman, Florida 33521-1031
Unit C-1

FILED

2015 JAN 12 PH 12:05

January 8, 2015

United States District Court
Middle District of Florida
Office of the Clerk
Sam M. Gibbons US Courthouse
801 North Florida Avenue, 2nd. floor
Tampa, Florida 33602

      RE: Reduction in sentence based on Amendment 782 retroactively
      Case NO.:  8:10-cr-386-T-33TGW

Dear Clerk of the Courts:

    Based on the retroactively of Amendment 782, I am not sure if I qualify for a reduction in sentence or if I am on a list that has been generated by either the US Probation Office or the US Attorney's Office for those pre-approved to receive the benefit of the two point reduction.

    Since I have my doubts of what to do or not to do, I ask that the court appoint someone from the public defender's office to assist me in filing for the two level reduction based on the retroactively of amendment 782.

    And, as always your assistance is greatly appreciated.

Sincerely,

*Jose Manuel Reina*
Jose Narvaez-Reina

Jose Manuel Narvaez-Rexha #56605-018
Federal Correctional Complex
P.O. Box 1031 (Low custody)
Coleman, Florida 33521-1031
Unit C-1



SCREENED
By USMS

United States District Court
Middle District of Florida
Office of the Clerk
Sam M. Gibbons US Courthouse
801 North Florida Avenue, 2nd floor
Tampa, Florida 33602

3360233800 C038