UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:10-cr-386-T-33TGW

JOSE MANUEL NARVAEZ-REINA
_____/

## NOTICE OF APPEARANCE RE: AMENDMENT 782

The Office of the Federal Defender has been appointed by the Court to represent the Defendant JOSE MANUEL NARVAEZ-REINA, in seeking a sentence reduction under Amendment 782. The Clerk is requested to enter the appearance of Darlene M. Geiger, Federal Defender Attorney, as counsel for the Defendant pursuant to this appointment.

DONNA LEE ELM
FEDERAL DEFENDER

By: /s/Darlene M. Geiger
Darlene M. Geiger
Florida Bar No.0883476
Federal Defender Attorney
1514 Broadway, Suite 301
Ft. Myers, Florida 33901
Telephone: 239-334-0397
Facsimile: 239-334-4109
E-Mail: darlene_geiger@fd.org

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 10, 2017, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the Office of the United States Attorney.

/s/ Darlene M. Geiger
Counsel for Defendant