UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.                                                    Case No: 8:10-cr-386-T-33TGW

**JOSE MANUEL NARVAEZ-REINA,**

    Defendant.
_____/

**NOTICE THAT THE FEDERAL DEFENDER'S OFFICE HAS SATISFIED THE REQUIREMENTS IMPOSED BY THE AMENDMENT 782 OMNIBUS ORDER**

The Office of the Federal Defender, by and through undersigned counsel, hereby gives notice that it has satisfied the requirements set forth in this Court's *Omnibus Order In Re: Amendment 782, United States Sentencing Guidelines*, 6:14-mc-78-Orl-22 ("Omnibus Order"), and respectfully notifies this Court that it will not be filing a Motion for Sentence Reduction under Amendment 782 on behalf of Defendant Jose Manuel Narvaez-Reina.

1.    The Omnibus Order authorizes the Office of the Federal Defender to represent defendants "who were sentenced in this district, whose sentencing guidelines were calculated under USSG § 2D1.1, and for whom relief under 18 U.S.C. § 3582(c)(2) and USSG § 1B1.10 as a result of Amendment 782 may be warranted." Omnibus Order at 1.

2.    Pursuant to the procedures set forth in the Omnibus Order, U.S. Probation prepares an Amendment 782 Memorandum detailing the eligibility of such defendants to receive a sentence reduction under Amendment 782. *Id.* Upon receipt of Amendment 782 Memorandum, the Federal Defender is required to inform the Court if a conflict prevents the Office from representing the defendant, and in the absence of a conflict, "evaluate the defendant's eligibility." *Id.* at 2. If the

Office "determines that a defendant is not eligible for relief, it shall so inform the defendant and take such steps as it deems necessary to comply with the applicable rules of professional conduct." *Id*.

  3. Undersigned counsel has received the Court's Order denying Defendant's request for a sentence reduction under Amendment 782. *See* attached.

  4. Based on undersigned counsel's thorough and diligent review of the record, including Probation's Amendment 782 Memorandum and Defendant's original presentence investigation report, undersigned counsel cannot argue in good faith that Defendant is eligible for a sentence reduction under 18 U.S.C. § 3582(c)(2) and Amendment 782 of the United States Sentencing Guidelines because Defendant's current sentence will not be reduced based on the Amendment.

  The Office of the Federal Defender will not be filing a motion for sentence reduction under Amendment 782 on behalf of Defendant.

           Respectfully submitted,

           Donna Lee Elm
           Federal Public Defender

           ***/s/ Darlene M. Geiger***
           Darlene M. Geiger
           Federal Defender Attorney
           Florida Bar Number 0883476
           1514 Broadway Ave., Suite 301
           Fort Myers, Florida 33901
           Telephone: (239) 334-0397
           Facsimile: (239) 334-4109
           Email: darlene_geiger@fd.org
           Counsel for Defendant

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing *Notice that the Federal Defender's Office has Satisfied the Requirements Imposed by the Amendment 782 Omnibus Order* was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the Office of the United States Attorney on February 24, 2017.

                                              */s/Darlene M. Geiger*
                                              Darlene M. Geiger
                                              Counsel for Defendant