UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA (TAMPA)

CASE NO 8:10-CR-386-T-33MAP

UNITED STATES OF AMERICA

V

JOSE MANUEL NARVAEZ-REINA

MOTION FOR STATUS HEARING

COMES NOW the defendant, through undersigned attorney, and respectfully alleges and prays:

1. The defendant was sentenced on December 6, 2012 to a term of incarceration of two hundred and thirty (235) months. The defendant was arrested on the charges filed herein by Colombian authorities on July 29, 2011, and entered his First Appearance before this Court on April 18, 2012, DE 6.

2. At time of sentence, the government stated as to the defendant's cooperation to that point "he's done everything possible he could to cooperate since he's arrived here. Uh, the agents are pleased with his efforts to cooperate", Exhibit A at page 7.

3. On February 26, 2019, the government filed its Response, DE 49, to the Defendant's Motion for Rule 35, DE 47, and this Court's Order, DE 48, to Respond to the Defendant's previously filed Motion.

4. The government stated the defendant "remains an essential witness in a pending sealed Indictment in the Tampa Division", DE 49 at paragraph 4.

5. Defendant's cooperation has resulted in the sentence of multiple defendants in MDFL which the undersigned recently listed for the government by way of email. All these defendants have been sentenced and this Defendant's cooperation as contemplated by the government at time of sentence must be deemed complete. Such cooperation may well qualify for an 8-10 level sentence reduction as referenced by the Court, Exhibit A, at page 11. Such a reduction was afforded a defendant similarly situated in *United States v Gonzalez-Arango Case No 8:12-cr-112-T-17MAP.*

6. The coronavirus outbreak has added a new dimension to resentence cases before the Court. Travel restrictions inhibit the transfer of prisoners from countries whose remedial measures are sui generis. Medical facilities throughout the United States lack sufficient preventive equipment to dispense fairly to citizens and non-citizens alike. Spacing of prisoners, recommended for everyone else, may not be feasible within the confines of prison walls.

7. The Defendant has been in custody for close to nine (9) years or one hundred and five (105) months. The undersigned understands the defendant whose indictment remains sealed may have been a defendant against whom the government requested Defendant's substantial cooperation well after his sentence date of December 6, 2012, supra. The government assured the Defendant at the time his cooperation would not retard his release date. In good faith he agreed to cooperate. Other witnesses may be available.

WHEREFORE DEFENDANT PRAY THE COURT SET THIS MATTER FOR STATUS CONFERENCE

/s/Scott Kalisch
SCOTT KALISCH

## CERTIFICATE OF SERVICE

I hereby certify that I have mailed copy of this Motion to AUSA Joseph Ruddy by EM/ECF electronic filing this 20th day of March 2020

/s/Scott Kalisch

SCOTT KALISCH

435 SOUTH OREGON AVENUE, SUITE 104

TAMPA, FLORIDA 33606

TEL 305 5669 0808

EMAIL: scottkalisch@bellsouth.net

FLORIDA BAR #367877