**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| **CASE NO.:** 8:10-cr-386-T-33TGW | **DATE:** March 25, 2020 | |
|---|---|---|
| **HONORABLE VIRGINIA M. HERNANDEZ COVINGTON** | | |
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**Jose Manuel Narvaez-Reina** | **GOVERNMENT COUNSEL**<br>Joseph Ruddy, AUSA<br><br>**DEFENDANT COUNSEL**<br>Scott Kalisch, Retained | |
| **COURT REPORTER:** Scott Gamertsfelder | **DEPUTY CLERK:** | Sarah Pekarik |
| **TIME:** 10:15 AM – 10:42 AM<br>**TOTAL:** 27 minutes | **COURTROOM:** | 14B |

**PROCEEDINGS:**   STATUS CONFERENCE

Court called to order.

Mr. Kalisch made argument regarding motion to compel Rule 35.

Response by Mr. Ruddy advising the Court that the Rule 35 motion is premature and Mr. Narvaez-Reina cooperation isn't complete.

The Court advises Mr. Kalisch that he can request another status on this matter in six months.

Court adjourned.