TRULINCS 56605018 - NARVAEZ-REINA, JOSE MANUEL - Unit: COL-C-A

---

FROM: 56605018
TO:
SUBJECT: HONORABLE JUEZA Y DISTINGUIDO FISCAL
DATE: 04/15/2020 06:17:59 AM

MOSION

HONORABLE JUEZA VIRGINIA Y DISTINGUIDO FISCAL RUDY

CON EL RESPECTO QUE USTEDES SE MERECEN TENGO ENTENDIDO QUE SON DE LOS MEJORES EN LA CORTE DE TAMPA Y SON SERES HUMANOS DE CORAZON.

POR ESO ME DIRIJO Y ME VEO OBLIGADO A VOLVERLOS A MOLESTAR Y ME DISCULPAN SI LOS INCOMODO Y LES QUITO UN POCO DE SU VALORABLE TIEMPO.

ESTOY PREOCUPADO MUY ASUSTADO AQUI DONDE ESTOY RECLUIDO HACE 15 DIAS ESTAMOS EN CUARENTENA PERO YA EL DIA DE AYER MARTES PERSONAL DE LA INSTITUCION SE VIERON OBLIGADOS A CERRAR UNA DE LAS UNIDADES LA B POR MOTIVOS DE LA LLEGADA DE ESE MAL VIRUS COVID--19 EN DONDE SALIERON 7 RECLUSOS INFECTADOS Y SE QUE ESE VIRUS MATA A LOS SERES HUMANOS CUANDO SE CONTAGIAN Y MAS AQUI DONDE EL SISTEMA MEDICO ES PESIMO Y NO TIENEN LOS ELEMENTOS PARA TRATAR DICHA ENFERMEDAD YA EL DIA DE HOY ESTAN CERRANDO LA C DONDE VIVO POR LO MISMO AYUDENME POR FAVOR SAQUENME DE AQUI

LES PIDO DE CORAZON QUIERO VOLVER A VER A MI FAMILIA NUNCA QUIERO QUE ME PASE NADA MENOS LA MUERTE APIADENSE DE MI TENGO 58 ANOS LLEVO 8 ANOS 9 MESES DE MI TIEMPO DE SENTENCIA O SEA 105 MESES CREO QUE ES JUSTO QUE EN ESTOS MOMENTOS QUE ESTAMOS VIVIENDO DE ANGUSTIA ME DIERAN MI REBAJA DE SENTENCIA Y DIOS PERMITA POR MEDIO DE USTEDES ME PUDIERAN DAR MIS BENEFICIOS QUE E GANADO POR COOPERACION SALIERA LIBRE RUMBO A MI PAIS
NO SE QUE DIRAN PORQUE ENTIENDO QUE EL FUGITIVO QUE DICE EL RESPECTADO FISCAL RUDY QUE HACE FALTA TIENE QUE TENER OTROS TESTIGOS COMO LO HEMOS TENIDO TODOS LOS DEMAS QUE NOS HAN EXTRADITADO DE NUESTRO PAIS
ESCUCHE TAMBIEN QUE EL GOBIERNO A DECRETADO QUE DEN LIBERTAD A RECLUSOS QUE SEAN MAYORES DE 50 ANOS QUE TENGAN CUMPLIDOS LA MITAD DE SU SENTENCIA QUE NO TENGAN VIOLENCIA Y A LOS QUE ESTEN SUFRIENDO ALGUNAS MALAS ENFERMEDADES QUE LES PUEDAN TRAER LA MUERTE
SIEMPRE ME PORTE BIEN COLABORANDO EN LO QUE ME PIDIERON LOS AGENTES POR ESO HICE EL COMPROMISO PARA QUE ME DIERAN BENEFICIOS.
POR FAVOR EN ESTOS MOMENTOS DE CRISIS Y DE ANGUSTIA DEBIDO A LO QUE ESTA PASANDO CON ESA MALA ENFERMEDAD LES PIDO CLEMENCIA TENGO A MIS ESPOSA ENFERMA Y NO HAY QUIEN CUIDE A MIS HIJOS TENGO UNA NINA MENOR DE EDAD ESTA MOSION LA ENVIO EN ESPANOL Y TAMBIEN ENVIE UNA CARTA EL FISCAL RUDY ME DISCULPARA LE ESTOY EXPLICANDO SOBRE LOS SENORES QUE ESTABAN EN MI PROCESO FUE EN ESPANOL NO ME QUEDABA MAS DE OTRA POR LA DESESPERACION QUE TENGO Y ESPANOL ES MI IDIOMA ENTONCES ME TOCABA BUSCAR ALGUN RECLUSO QUE ME HICIERA EL FAVOR Y LA ESCRIBIERA EN INGLES PERO ES DIFICIL TIENE QUE SER UNA PERSONA DE CONFIANSA QUE NO COMENTE EL CONTENIDO PORQUE ME HARIAN PROBLEMAS ESPERO QUE LA LEA Y LA ENTIENDA.

AQUI ESTARE ESPERANDO SU PRONTA RESPUESTA Y LES ESTARE MUY AGRADECIDO A LOS DOS

DIOS LOS BENDIGA LOS PROTEJA Y LOS LIBRE DE TODO MAL Y PELIGRO QUE VENGA CONTRA USTEDES..BENDICIONES

                                                  CORDIALMENTE
                                                  JOSE NARVAEZ

*[signature: Jose Narvaez R.]*

JOSE NARVAEZ 56605-018
COLEMAN LOW C-1
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1031
COLEMAN, FL 33521

HONORABLE VIRGINIA M. HERNANDEZ
SAM GIBBONS UNITED STATES COURTHOUSE
801 N FLORIDA AVENUE
TAMPA, FLORIDA 33602

SCREENED BY USMS