HONORABLE VIRGINIA HERNANDES    I-2-2024
SR. FISCAL.

MOSION

CON EL MAYOR RESPECTO QUE USTEDES SE MERECEN Y ME DISCULPEN POR QUITARLES UN POCO DE SU VALIOSO TIEMPO
POR RECORDARLES QUE EN ESTOS MOMENTOS YA E CUMPLIDO LA MAYORIA DE MI SENTENCIA LLEVO 149 MESES UN TOTAL DE 12 AÑOS 5 MESES Y ME QUEDA FALTANDO 39 MESES EN DONDE TENGO QUE RECLAMAR LOS DERECHOS A UNA RESENTENCIA PARA RESIBIR BENEFICIOS DE VARIAS REGLAS 35 QUE YA FUERON REALISADAS EN LAS CUALES ME LAS GANE CON MI COLABORACION PARA QUE PUDIERAN HACER EFECTIVAS LAS CAPTURAS DE LOS SIGUIENTES SEÑORES QUE FUERON EXTRADITADOS A E.E.U.U.

① SEVERINO VALENCIA ② JULIO GARCIA E.
③ MANUEL TORRES SOLIS ④ EMERSON REINA E.
⑤ JORGE CIFUENTES CUERO QUE EN EL 2018 SE IVA A JUICIO Y FUI CONVOCADO Y PREPARADO PARA TESTIFICAR EN SU CONTRA NUNCA E RESIBIDO NINGUN BENEFICIO ADEMAS LES COLABORE EN TODO LO QUE ME PIDIERON QUE ESTUBO A MI ALCANCE LES PIDO QUE REBISEN MI PROCESO Y DE TODO CORAZON ME DEN MIS BENEFICIOS QUE ME PROMETIERON

LES AGRADESCO POR SU PRONTA COLABORACION A MI RESPUESTA

JOSE NARVAEZ R.
1914499