JOSE NARVAEZ P. 19114499
PINELLAS COUNTY JAIL
14400 49TH STREET. NORTH
CLEARWATER, FL. 33762

TAMPA FL 335
SAINT PETERSBURG FL
3 JAN 2024 PM 8 L

HONORABLE VIRGINIA HERNANDES C.
801 NORTH FL. AVENUE
TAMPA FL. 33602

33602-384999





THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2019