UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

       v.                              CASE NO.   8:10-cr-386-VMC-TGW

JOSE MANUEL NARVAEZ-REINA

### NOTICE OF SUBSTITUTION OF GOVERNMENT COUNSEL

The United States of America, by Roger B. Handberg, United States Attorney

for the Middle District of Florida, hereby respectfully requests that the Clerk of Court

substitute the undersigned as government counsel for Assistant United States

Attorney Joseph K. Ruddy.

                             Respectfully submitted,

                             ROGER B. HANDBERG
                             United States Attorney

         By:   /s/ Michael Leath
               Michael Leath
               Special Assistant United States Attorney
               United States Attorney No. 217
               400 N. Tampa St., Ste. 3200
               Tampa, FL 33602-4798
               Telephone: (813) 274-6168
               Facsimile: (813) 274-6358
               E-mail: Michael.Leath@usdoj.gov

**U.S. v. Jose Manuel Narvaez-Reina**          **Case No. 8:10-cr-386-VMC-TGW**

### CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2024, I electronically filed the foregoing

with the Clerk of the Court by using the CM/ECF system, which will send a notice

of electronic filing to the following:

Counsel of Record

/s/ Michael Leath
Michael Leath
Special Assistant United States Attorney
United States Attorney No. 217
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6168
Facsimile: (813) 274-6358
E-mail: Michael.Leath@usdoj.gov
