Kenneth M. LEE #53507018
Federal Correctional
PO Box 7007
Marianna FL 32447-7007

[Postmark: PENSACOLA FL 325, 19 JAN 2024 PM 1]

[Stamp: SCREENED By USMS]

LEGAL MAIL

# UNITED STATES DISTRICT COURT
MIDDLE DISTRICT of FLORIDA

2ND FLOOR
801 North FLORIDA AVEnue
Tampa FL
33602

33602-380099


