IN THE UNITED STATES DISTRICT COURT FOR THE

MIDDLE DISTRICT OF FLORIDA

(Tampa-División)

JOSE MANUEL NARVAEZ-REINA

Petitioner,

v.    Case No. 8:10-cr-00386-VMC-TGW

(Honor. Virginia M. Hernandez Covington)

UNITED STATES OF AMERICA
Respondent.

MOTION TO EXPEDITE DECISION ON CASE

Now Comes Petitioner JOSE MANUEL NARVAEZ-REINA, Pro-Se, and respectfully request this Honorable Court expedite the Motion he currently has pending in this Court. Petitioner is scheduled for release from F.C.I. Fort Dix, NJ 08640 on April 5, 2027 and would like the decision to be made as it has been pending for some time and also the reduction he is expecting will grant time-served. Petitioner's have Medical Problems that need to be treated outside urgently. Petitioner has several years in prison and far away from his family, Petitioner has cooperated with the United States Government in order

1

to ameliorate his Judicial situation. Please your Honor accept this Motion and grant it to receive a prompt decision.

Respectfully,

*[signature]*

JOSE MANUEL NARVAEZ-REINA
Register No.55605-018
FCI Fort Dix
Federal Correctional Institution
P.O. Box 2000
Joint Base MDL, NJ 08640

### CERTIFICATE OF SERVICE AND DECLARATION

I, JOSE MANUEL NARVAEZ-REINA, HEREBY CERTIFY, that a true and correct copy of the foregoing was placed in the legal mail-box, with proper first- class postage affixed, addressed to the office of the U.S. Attorney, at 400 N Tampa Street, Tampa, FL 33602 on this 19th th day of September, 2024.

*[signature]*

JOSE MANUEL NARVAEZ-REINA
Register No.55605-018
FCI Fort Dix
Federal Correctional Institution
P.O. Box 2000
Joint Base MDL, NJ 08640

JOSE MANUEL NARVAEZ-REINA

Register No.55605-018

FCI Fort Dix

Federal Correctional Institution

P.O. Box 2000

Joint Base MDL, NJ 08640


LEGAL MAIL===PRIVILEGED MAIL


UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF FLORIDA

(Tampa-División)

801 North Florida Avenue

Tampa, FL 33602

Jose Manuel Narvaez Reina
Reg No 55605-018
FCI Fort Dix
Federal Correctional Institution
P.O. Box 2000
Joint Base MDL, NJ
  08640

Screened by USMS




Retail
U.S. POSTAGE PAID
FCM LG ENV
HUDSON, FL 34667
SEP 19, 2024
33602
$1.50
RDC 99
S2322S502123-03

To: United States District Court
For The Middle District of
Florida (Tampa Division)
801 North Florida Avenue
Tampa, FL 33602