UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

     v.                            CASE NO.   8:10-cr-386-VMC-TGW

JOSE MANUEL NARVAEZ-REINA

### NOTICE OF SUBSTITUTION OF GOVERNMENT COUNSEL

The United States of America, by Gregory W. Kehoe, United States Attorney

for the Middle District of Florida, hereby respectfully requests that the Clerk of Court

substitute the undersigned as government counsel for Assistant United States

Attorney Michael Leath.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:    */s/ David Rehfuss*_____
David Rehfuss
Assistant United States Attorney
United States Attorney No. 228
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: David.Rehfuss@usdoj.gov

**U.S. v. Jose Manuel Narvaez-Reina**          **Case No. 8:10-cr-386-VMC-TGW**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 27, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Counsel of Record

*/s/ David Rehfuss*
David Rehfuss
Assistant United States Attorney
United States Attorney No. 228
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: David.Rehfuss@usdoj.gov